David Stein, Appellee, v. Walter J. Cummings and Daniel C. Green, Receivers, et al., Trading as Chicago Surface Lines, Appellants.

Gen. No. 42,587.

opinion filed July 2, 1943. Frank L. Kriete, Charles C. Cunningham and Arthur J. Donovan, for appellants; William J. Flaherty, of counsel; Sher & Karlin, for appellee; Leo S. Karlin, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''